UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DICKSON LEE,<br><br>          Defendant. | NO. CR14-024-RAJ<br><br>DETENTION ORDER |

<u>Offense charged</u>:

    Counts 1-6:    Securities Fraud, in violation of 18 U.S.C. §§ 1348, and 2.

    Counts 7-9    False Certification of Financial Reports by Corporate Officer, in violation of 18 U.S.C. §§ 1350(c)(1) and (c)(2) and 2.

    Count 10    False SEC Filing, in violation of 18 U.S.C.§§ 78m(a) and 77 ff, and 18 U.S.C. § 2.

<u>Date of Detention Hearing</u>: April 1, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant poses a substantial risk of flight that cannot be diminished by means short of detention.

(2) Although defendant is a United States citizen, he has relatively insubstantial ties to the Western District of Washington and to the United States.

(3) During the past 12 months, defendant has been in the United States for only 39 days. He spends most of his time in Taiwan or China.

(4) Defendant is severing his ties with the company that is the target of the SEC investigation, providing even fewer ties to the United States and fewer incentives to remain in the United States.

(5) Defendant has sent substantial money abroad.

(6) Defendant has substantial family and business ties to Taiwan and China. These include a comfortable home in Taiwan with his girlfriend and two minor children from that relationship. China is also the situs of the bulk of defendant's business activities.

(7) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of April, 2014.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3